UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CRISTIELE FERREIRA DOS SANTOS**

**V.**                                                      **CIVIL ACTION NO. 25-13322-DJC**

**ANTONE MONIZ, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the ECF Order dated May 20, 2026, D. 9, dismissing the Petition,

D. 1; it is hereby ORDERED the above-entitled action is closed.

May 20, 2026                                               /s/ Savannah Cook
                                                           Deputy Clerk